IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEVIN MEDCALF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. _____ |
| v. | ) |
| | ) |
| FED EX GROUND, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1441 and 1446, Defendant Fed Ex Ground, correctly known as FedEx Ground Package System, Inc. ("FXG") hereby removes Case No. 20CV04860 (the "State Court Action") from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas on the ground that jurisdiction exists under 28 U.S.C. § 1332(a)(1). In support of removal, FXG states as follows:

1. On November 23, 2020 Plaintiff Kevin Medcalf ("Plaintiff") filed a Complaint against FXG.

2. FXG was served with the Complaint on November 30, 2020.

3. A true and correct "copy of all process, pleadings, and orders … in [the State Court Action]" are attached hereto as Exhibit A.

4. This Court has original jurisdiction over this action under 28 U.S.C. 1332.

5. The amount in controversy exceeds $75,000 because, according to Plaintiff's Petition for Damages, he seeks damages "in an amount in excess of Seventy-five Thousand Dollars." Additionally, upon information and belief, it is FXG's understanding that Plaintiff alleges among other injuries a torn rotator cuff for which surgery has been recommended.

1

6. Complete diversity exists between Plaintiff, a resident of Cass County, Missouri, with a principal place of residence of 303 East Hatten Street, Drexel, Missouri 64742 (Ex. A, Plaintiff's Petition for Damages, ¶1), and FXG, which is a Delaware corporation with its principal place of business in Pennsylvania.

7. This Notice of Removal is timely filed because it is filed within thirty days of service of the Complaint.

8. A copy of this Notice of Removal is being served upon Plaintiffs and filed concurrently with the Johnson County District Court as required by 28. U.S.C. § 1446(d).

WHEREFORE, for the reasons set forth above, FXG hereby gives notice that the State Court Action in the District Court of Johnson County, Kansas, is removed to the United States District Court for the District of Kansas and the action will proceed in federal court as properly removed thereto.

Respectfully submitted,

MCANANY, VAN CLEAVE & PHILLIPS, P.A.

*/s/ Byron A. Bowles*
Byron A. Bowles, KS Bar #16579
Alan T. Fogleman, KS Bar #25004
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS  66103
Phone:  913-371-3838
Fax:  913-371-4472
bbowles@mvplaw.com
afogleman@mvplaw.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on this 30th day of December, 2020, a true and correct copy of the foregoing was served via the Court's CM/ECF system which generated electronic notice of same to the following counsel of record:

Michael P. Bandre
Hoffmeister, Doherty & Webb
8880 W. 151st Street, Suite #100
Overland Park, KS 66221
ATTORNEYS FOR PLAINTIFF

                */s/ Byron A. Bowles*
                Attorneys for Defendant