20CV04860<br>Div7

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | |
|---|---|
| KEVIN MEDCALF | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) KSA Chapter 60 |
| | ) |
| FED EX GROUND | ) |
| | ) |
| Defendant. | ) |

### PETITION FOR DAMAGES

COMES NOW the Plaintiff, Kevin Medcalf, by and through undersigned counsel, and for his Petition for Damages states as follows:

### General Allegations

1. Kevin Medcalf is a resident of Cass County, Missouri, with a principal place of residence of 303 East Hatten Street, Drexel, Missouri 64742.

2. Fed Ex Ground is a corporation authorized by and through the laws of the State of Kansas and is duly registered with the Kansas Secretary of State and is located at 8000 Cole Parkway, Lenexa, Kansas 66227.

3. On or about November 27, 2018, Fed Ex Ground was the owner of

*Clerk of the District Court, Johnson County Kansas*
*11/23/20 10:29am HS*

property located at 8000 Cole Parkway, Lenexa, Kansas 66227. Fed Ex Ground, as the owner of the property, controlled and maintained the parking lot and loading docks at the rear of the building.

4. On or about November 27, 2018, Kevin Medcalf was driving a commercial truck for CT Transportation, Inc. He drove to and entered the property maintained and controlled by Defendant Fed Ex Ground at 8000 Cole Parkway, Lenexa, Kansas 66227 in order to pick up a trailer to transport packages being shipped via Fed Ex. He exited the vehicle and was walking in the parking lot located at the rear at 8000 Cole Parkway, Lenexa, Kansas 66227 which was owned and maintained by Fed Ex Ground in order to hook up the truck he was driving to the Fed Ex trailer.

5. The rear parking lot of the property maintained and controlled by Fed Ex Ground was covered in snow and ice and was in disrepair. Fed Ex Ground had caused the snow and ice to be removed in the parking lot in front of the building at 8000 Cole Parkway, Lenexa, Kansas 66227 but wholly and completely failed to remove the snow and ice from the parking lot in the rear of the building.

5. On or about November 27, 2018, and solely as a result of the failure of

the Defendant to properly maintain the rear parking lot, Kevin Medcalf stepped on the snow and ice covered parking lot and slipped causing him to fall violently to the ground and as a direct result of this fall, Kevin Medcalf suffered severe injuries to his right wrist, right forearm, right shoulder, left wrist, left forearm, left shoulder, chest, neck and back and other serious and severe personal injuries.

6. Solely as a result of the failure of the Defendant to properly maintain the parking lot, Kevin Medcalf has incurred damages including medical expenses, lost wages, pain, suffering, inconvenience and mental anguish, future medical expenses, and his overall health, strength and vitality has been greatly impaired.

## Count 1

## Premises Liability Negligence of the Defendant

7. The Plaintiff incorporates herein by reference the allegations of paragraphs 1 through 6 above as if more fully set forth herein at length.

8. It was the duty of the Defendant to maintain the parking lot at the rear of the property at 8000 Cole Parkway, Lenexa, Kansas 66227 in good repair and to provide a safe and level walking surface that is clear of hazards and is in a reasonably safe and suitable condition for business

invitees and others.

9. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent or reckless conduct of the Defendant, Fed Ex Ground in failing to maintain the parking lot so as to furnish a safe and level area free from hazards including snow and ice wherein the plaintiff, Kevin Medcalf, was caused to fall as a result of the failure to remove the snow and ice.

10. The Defendant knew or should have known of the deficient condition of the parking lot as likely to cause serious physical harm to the Plaintiff, Kevin Medcalf or others, especially in light of the fact that it cleared snow and ice from a different parking lot on the same property.

11. Defendant breached its duty of care by failing to maintain the parking lot in a good and safe condition for the Plaintiff and others.

12. As a direct and proximate result of the negligence of the Defendant, Kevin Medcalf has incurred damages including medical expenses, lost wages, pain, suffering, inconvenience and mental anguish, future medical expenses, and his overall health, strength and vitality has been greatly impaired.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Fed Ex

Ground in an amount in excess of Seventy-five Thousand Dollars ($75,000) together with interest and costs of the suit and for such other relief as is just and proper.

Respectfully submitted,

HOFFMEISTER, DOHERTY & WEBB

By: _____
MICHAEL P. BANDRÉ            #16556
8880 W. 151st Street, Suite #100
Overland Park, Kansas 66221
Telephone: (913) 653-8003
Facsimile: (913) 653-8010
MBandre@HDWLawfirm.com
ATTORNEYS FOR PLAINTIFF

*Clerk of the District Court, Johnson County Kansas*
*11/23/20 10:29am HS*

STATE OF KANSAS )
) ss.
COUNTY OF JOHNSON )

Kevin Medcalf, of lawful age, being first duly sworn upon his oath, states:

That he is the Plaintiff above named; that he has read the above and foregoing Petition and that the allegations and statements contained therein are true and correct according to his best information and belief.

*Kevin Medcalf*
Kevin Medcalf

SWORN to and subscribed before me this 20th day of November, 2020.

*Laura L Webb*
Notary Public

My Appointment Expires:



LAURA L. WEBB
My Appointment Expires
November 20, 2022

*Clerk of the District Court, Johnson County Kansas*
*11/23/20 10:29am HS*